THE PEOPLE OF THE STATE OF NEW YORK ex rel. LENA BARNETT, Appel-

lant, v. MORRIS BERGER and ROBERT H. ROY, one of the County Judges of Kings County.— Motion for stay denied, without costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.